MERCANTILE FACTORS CORPORATION, Appellant, *v.*
WARNER BROS. PICTURES, INC., Respondent.

*Debtor and creditor — bills, notes and checks — notes of third party
given to plaintiff as collateral security for debt of defendant — plaintiff
may not recover face value of notes where portion of debt remaining
unpaid is less in amount.*

*Mercantile Factors Corp.* v. *Warner Bros. Pictures, Inc.,* 215 App.
Div. 530, affirmed.

(Submitted October 22, 1926; decided November 23, 1926.)

APPEAL from· a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered March 24, 1926, affirming a judgment in favor
of plaintiff entered upon a verdict directed by the court
on motion of defendant. The action was to recover
upon promissory notes made by a third party to the
order of defendant as payee and indorsed over to the
plaintiff by the defendant as collateral security for a
loan made by plaintiff to defendant. The question was
whether a creditor who receives from its debtor notes
made by third persons and transferred to the creditor as
collateral security for the debt, may recover the full
amount thereof in an action against the debtor on its
enforcement of the notes when the portion of the debt
remaining unpaid at the time of trial is less than the
amount for which the notes were drawn.

*Samuel Meyers* and *Harry Hausknecht* for appellant.
*Abel Cary Thomas* and *Joseph H. Hazen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

GEORGE A. EVALENKO, Respondent, *v.* ROBERT M. CATTS,
Appellant.

(Submitted November 15, 1926; decided November 23, 1926.)

Motion for reargument denied, with ten dollars costs
and necessary printing disbursements. (See 243 N. Y.
613.)